477 A.2d 862

**SORENSEN INDUSTRIES, INC., Appellant,**

**v.**

**STATE WORKMEN'S INSURANCE FUND, State Workmen's Insurance Board, Board of Workers' Compensation, Paul J. Dufallo, Esquire, Neil Shukovsky, Esquire, William C. Steppacher, Esquire, John Doe, Esquire, R. Budd Dwyer, Michael Browne and Barry Stern, Appellees.**

Supreme Court of Pennsylvania.

Submitted May 15, 1984.

Decided June 28, 1984.

David A. Gradwohl, Howard A. Rosenthal, Gary D. Fry, Philadelphia, for appellant.

Daniel R. Schuckers, Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

The Order of the Commonwealth Court is affirmed.